UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, for herself and the Proposed Class,<br><br>Plaintiffs,<br><br>v.<br><br>ATRIUS HEALTH, INC.<br><br>Defendant. | Case No. 1:25-cv-10020-FDS |

**JOINT MOTION FOR CONSOLIDATION OF CASES**

Pursuant to Fed. R. Civ. P. 42(a)(2), the parties hereby move this Court for entry of an order consolidating the following related putative class action lawsuits, *Doe et al v. Atrius Health, Inc.,* Case No. 1:25-cv-10670-FDS *("Doe")*, and *Doe v. Atrius Health, Inc.*, Case No.: 1:25-cv-10020-FDS (the "*Related Action*") (collectively, the "*Doe Actions*'), because they involve the same defendant and common questions of law and fact. Both cases are pending before Chief Judge F. Dennis Saylor, IV of the United States District Court for the District of Massachusetts. .[1]

This motion, in which all parties in the *Doe Actions* join, is made on the grounds that the two cases involve common questions of law and fact arising from the same allegations regarding the alleged use of web analytics technologies on Defendant's website. Further, both cases allege violations of Electronic Communications Privacy Act, 18 U.S.C. § 2510, and include various

---

[1] Pursuant to the Rule 40.1(j) of the Local Rules of the United States District Court for the District of Massachusetts,, "[a] motion for consolidation of two or more cases shall be made in the case first filed in this court." *Doe* was the first-filed case when these matters were first removed to federal court, but during the most recent removal, the *Related Action* was removed first, which is why the parties are filing this motion in the *Related Action.* If the Court believes the motion should be filed in *Doe*, the parties are prepared to refile.

invasion of privacy-related allegations and claims. Accordingly, these two actions should be consolidated before this Court.

This motion is further supported by the accompanying Memorandum of Law, and a Proposed Order is also submitted herewith.

*Space intentionally left blank*

Dated: June 6, 2025                              Respectfully Submitted,


*/s/ Jonathan T. Merrigan*
J. Tucker Merrigan, BBO# 681627
Thomas T. Merrigan, BBO# 343480
Ryan Hawkins, BBO# 686289
Erin E. McHugh, BBO# 703701
**Sweeney Merrigan Law**
268 Summer St. LL
Boston, MA 02210
Tel: (617) 391-9001
Fax: (617) 357-9001
tucker@sweeneymerrigan.com
tom@sweeneymerrigan.com
rmh@sweeneymerrigan.com
emchugh@sweeneymerrigan.com

Foster C. Johnson (*pro hac vice forthcoming*)
David Warden (*pro hac vice forthcoming*)
Justin C. Kenney *(pro hac vice forthcoming)*
Nathan Campbell (*pro hac vice forthcoming*)
**Ahmad, Zavitsanos, & Mensing, PLLC**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
fjohnson@azalaw.com
dwarden@azalaw.com
jkenney@azalaw.com
ncampbell@azalaw.com

Warren Postman (*pro hac vice forthcoming*)
Alex Dravillas (*pro hac vice forthcoming*)
**Keller Postman LLC**
150 N. Riverside Plaza
Suite 4100
Chicago, Illinois 60606
(312) 741-5220
wpd@kellerpostman.com
adj@kellerpostman.com

*Attorneys for John Doe, Jane Doe, and the Putative Class*

        Edward F. Haber (BBO# 215620)
        Michelle H. Blauner (BBO# 549049)
        Patrick J. Vallely (BBO# 663866)
        **Shapiro Haber & Urmy LLP**
        One Boston Place, Suite 2600
        Boston, MA 02108
        Tel: (617) 439-3939
        ehaber@shulaw.com
        mblauner@shulaw.com
        pvallely@shulaw.com

        *Attorneys for Jane Doe and the Putative Class*


        Anthony E. Fuller (BBO # 663246)
        Kayla H. Ghantous (BBO # 709197)
        HOGAN LOVELLS US LLP
        125 High Street, Suite 2010
        Boston, MA 02110
        Telephone: (617) 371-1000
        Facsimile: (617) 371-1037
        anthony.fuller@hoganlovells.com
        kayla.ghantous@hoganlovells.com

        Allison Holt Ryan (*admitted pro hac vice*)
        Adam A. Cooke (BBO # 679637)
        Columbia Square
        555 Thirteenth Street, NW
        Washington, DC 20004
        Telephone: (202) 637-5600
        Facsimile: (202) 637-5910
        allison.holt-ryan@hoganlovells.com
        adam.a.cooke@hoganlovells.com

        *Attorneys for Atrius Health, Inc.*

5

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

I, Tucker Merrigan, hereby certify that on June 6, 2025, I have conferred with Defendant's counsel of record on this motion to consolidate and that Defendant's counsel has consented to the motion.

*/s/ J. Tucker Merrigan*
*One of the attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 6, 2025, copies of the foregoing were filed using the Court's CM/ECF service which will provide service copies to all counsel of record.

*/s/ Tucker Merrigan*
*One of the attorneys for the Plaintiffs*
