**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANE DOE, JOHN DOE, JANE DOE,<br>For themselves and the Proposed Class,<br><br>Plaintiffs,<br><br>v.<br><br>ATRIUS HEALTH, INC.,<br><br>Defendant. | Case No. 1:25-cv-10020-FDS |

**DEFENDANT ATRIUS HEALTH, INC.'S MOTION TO DISMISS**

Defendant Atrius Health, Inc. ("Defendant") respectfully requests that the Court dismiss the Consolidated Amended Class Action Complaint of Plaintiffs Jane Doe #1, John Doe #2, and Jane Doe #3 ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. This Motion is supported by the accompanying Memorandum of Law.

Dated: February 2, 2026

Respectfully submitted,

*/s/ Adam A. Cooke*

Anthony E. Fuller (BBO #633246)
Kayla H. Ghantous (BBO # 709197)
Rachel E. Record (BBO # 713579)
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA 02110
Telephone: (617) 371-100
Facsimile: (617) 371-1037
anthony.fuller@hoganlovells.com
kayla.ghantous@hoganlovells.com
rachel.record@hoganlovells.com

Allison Holt Ryan (*admitted pro hac vice*)
Adam A. Cooke (BBO # 679637)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
allison.holt-ryan@hoganlovells.com
adam.a.cooke@hoganlovells.com

*Counsel for Atrius Health, Inc.*

**<u>LOCAL RULE 7.1(a)(2) CERTIFICATION</u>**

Pursuant to Rule 7.1(a)(2), undersigned counsel hereby certifies that counsel for Atrius Health, Inc. conferred with counsel for Plaintiffs, who object to this motion, in a good-faith attempt to resolve or narrow the issues presented in the motion.

Dated: February 2, 2026

Respectfully submitted,

*/s/ Adam A. Cooke*

Anthony E. Fuller (BBO #633246)
Kayla H. Ghantous (BBO # 709197)
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA 02110
Telephone: (617) 371-100
Facsimile: (617) 371-1037
anthony.fuller@hoganlovells.com
kayla.ghantous@hoganlovells.com

Allison Holt Ryan (*admitted pro hac vice*)
Adam A. Cooke (BBO # 679637)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
allison.holt-ryan@hoganlovells.com
adam.a.cooke@hoganlovells.com

*Counsel for Atrius Health, Inc.*