**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JANE DOE, JOHN DOE, AND JANE DOE #2,** ) ) ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil Action No.** |
| **v.** ) | **25-10020-FDS** |
| ) | |
| **ATRIUS HEALTH, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER STAYING CASE

**SAYLOR, J.**

This is a case about medical data privacy.  Plaintiffs Jane Doe, Jane Doe #2, and John Doe seek to represent a class of plaintiffs alleging that defendant Atrius Health, Inc. violated federal and state law by utilizing several tracking features on its website that allegedly disclosed plaintiffs' personal health information to third parties without their consent.

The amended complaint, filed November 28, 2025, asserts a claim on behalf of a nationwide class under the federal Electronic Communications Privacy Act, 18 U.S.C. §§ 2510 *et seq.*, as well as several state-law claims on behalf of a class of Massachusetts citizens.

On December 23, 2025, defendant moved to stay the case pending the First Circuit's decision in *Goulart et al. v. Cape Cod Healthcare, Inc.*, No. 25-1672 (1st Cir. Apr. 6, 2026).  The Court did not stay the case at that time, and the parties fully briefed a motion to dismiss the case.

Upon further consideration, the Court will stay the case pending the First Circuit's decision in *Goulart*.  Whether the complaint states a claim under ECPA is likely to turn on whether the crime-tort exception to ECPA's one-party consent rule applies under these

circumstances, which is the precise issue the First Circuit is currently considering in *Goulart*. And because the ECPA claim is the only one brought on behalf of the nationwide class, the Court would likely lack jurisdiction over this action if the ECPA claim were dismissed. *See* 28 U.S.C. §§ 1331, 1332(d)(2). Although the Court is cognizant of the potential prejudice to plaintiffs of further delays in this case, judicial economy favors awaiting the First Circuit's decision in *Goulart*, which will likely be dispositive on the ECPA issue.

Accordingly, the case is hereby STAYED pending the First Circuit's decision in *Goulart*. The parties shall file a status report informing this Court within 14 days of the First Circuit's decision in *Goulart*.

/s/  F. Dennis Saylor IV
F. Dennis Saylor IV
Dated:  July 22, 2026                                 United States District Judge

2